UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY PLATSKY,

                       Plaintiff,

-v-

NEW YORK POLICE DEPARTMENT, *et al.*,

                       Defendants.

22-CV-9681 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The motion at ECF No. 8 is denied as moot in light of the filing at ECF No. 9 [Defendants' Letter, dated February 21, 2023]. Plaintiff shall file his amended complaint, if any, on or before March 21, 2023.

The Clerk of Court is directed to mail a copy of this order to the *pro se* party.

SO ORDERED.

Dated: February 22, 2023
        New York, New York

                                                                J. PAUL OETKEN
                                                               United States District Judge