UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY PLATSKY
_____

Write the full name of each plaintiff.

22 CV 9681
(Include case number if one has been assigned)

-against-

OFFICER WONG TAKKEUNG

OFFICER JOHN SOTO

LIEUTENANT JERMAINE ODEN

police officers, 9th Precinct, NYPD

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☒ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 2/10/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

- [x] **Federal Question**

- [ ] **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Title 42 United States Code 1985

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
                    (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Henry | A. | Platsky |
|---|---|---|
| First Name | Middle Initial | Last Name |

174 Avenue A, apartment 1D
Street Address

| New York City | New York | 10009 |
|---|---|---|
| County, City | State | Zip Code |

347-504-4862                         h.platsky@yahoo.com
Telephone Number                     Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Wong Takkeung
                First Name              Last Name
                police officer
                Current Job Title (or other identifying information)
                Ninth Precinct, New York Police Department
                Current Work Address (or other address where defendant may be served)
                321 East 5th St., New York, New York, 10038
                County, City            State           Zip Code

Defendant 2:    John Soto
                First Name              Last Name
                police officer
                Current Job Title (or other identifying information)
                Ninth Precinct, NYPD
                Current Work Address (or other address where defendant may be served)
                321 E. 5th St.,         NY, NY,         10038
                County, City            State           Zip Code

Defendant 3:    Jermaine Odem
                First Name              Last Name
                Lieutenant officer
                Current Job Title (or other identifying information)
                9th Pct., NYPD
                Current Work Address (or other address where defendant may be served)
                321 E. 5th St., NY, NY, 10038
                County, City            State           Zip Code

Page 4

Defendant 4:

First Name               Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City              State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   Avenue C between 6th and 7th Streets, New York City

Date(s) of occurrence:    February 23, 2020

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

At the date and place indicated above at approximately 10:15 a.m. I noticed a young woman exiting a restaurant on my right as I walked past. She ran at full speed right toward me and when it was obvious she would run into me I put up my elbow to deflect her and struck her on her shoulder. As I continued to walk she followed me making threats of violence & making reference to my race (I am caucasian and she is Latin). I stopped at the corner of 7th St. and another employee of the restaurant approached us and said that he had called the police. This seemed to calm her and shortly after a patrol car bearing Officers Takkeung and Soto approached and the two officers emerged and Officer Soto stayed with me while Officer Takkeung walked back to the restaurant with the two others. Officer Soto asked me what had happened and I explained to him what had occurred. He asked if I

(continued)

Page 5

platsky v. nypd          22-CV-9681

STATEMENT OF CLAIM continued

had intended to hurt the woman and I replied that I was only concerned to defend myself. He then walked down the street towards the others Shortly after another patrol car approached and Lieutenant Oden emerged and approached me and also asked me what had happened. After I explained the facts to him he walked towards where the others were gathered and then Officer Soto approached me and announced that I was going to be arrested for assault. I was handcuffed and placed in the patrol car with Officers Tarkeung and Soto and driven to the 9th Precinct. I was placed in a holding cell and while another Officer took down my personal information the woman complainant was marched past me in handcuffs and placed in an adjoining cell. I asked the Officer if that was the woman who had complained against me and I was told that it was but her arrest had nothing to do with me. I was finger printed, photographed and given a Desk Appearance Ticket and when I came to Criminal Court I was told by a representative of the DA that they weren't going to proceed with the prosecution.

I approached the New York City Office of the Comptroller with a complaint of false arrest. Over the following year I followed the steps laid down by the Comptroller to process my complaint and when several months passed without hearing from them I inquired about the status of my complaint. I received no response. I then went to New York State Supreme Court with an Article 78 petition which allows me to cite that article in the state constitution that allows a state citizen to ask the court to review any state or local government decision. The Office of the Comptroller responded to my petition claiming that I had failed to serve them with my petition but the fact was that when I approached

the representative of the Office of the Comptroller On duty at their service window I was told that they did not accept service at their office and that I needed to serve them via the New York City Attorney who I did serve. On the face of it I could have demolished their argument but my problem was that with Covid restrictions the normal procedures of the state Supreme Court were replaced by a system with no clear regulations or procedures. I tried to contact the judge assigned to my case with my response to the motion to dismiss from the (continued)

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

There were no injuries from this incident.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am asking for $20,000 compensatory and punitive damages from Jermaine Oden

I am asking for $10,000 in compensatory and punitive damages from Officers Wong Takkeung and John Soto

Page 6

platsky v. nypd

Statement of Claim continued

Comptroller and asked what form was appropriate for a response and when I received no response from the judge in several months I again attempted to contact him only to find out that he had been replaced by another judge without my being notified by the court and this new judge accepted the motion to dismiss from the Comptroller.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 03/18/23 | _H. A. Platsky_ (signature) |
|---|---|
| Dated | Plaintiff's Signature |

| Henry | A. | Platsky |
|---|---|---|
| First Name | Middle Initial | Last Name |

174 Avenue A, #1D
Street Address

| New York | New York | 10009 |
|---|---|---|
| County, City | State | Zip Code |

| 347-504-9117 | h.platsky@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Appendix    Platsky v. NYPD
             22-CV-9681

## CONTENTS

1. Desk Appearance Ticket issued by

2. DA's Decline to Prosecute

3. Notice from Office of the
   Comptoller acknowledging
   complaint



# DESK APPEARANCE TICKET

You are hereby summoned to appear in the Criminal Court of the City of New York to answer a criminal charge. Should you fail to appear for the offense charged below, in addition to a warrant being issued for your arrest, you may be charged with an additional violation of the Penal Law which upon conviction may subject you to a fine, imprisonment, or both.

**YOU MUST APPEAR ON THIS DATE AND TIME. PRESENT THIS FORM TO THE COURT CLERK.**

| Date (Mo./Day/Yr.) | Time (check one) | Address/Location | County | Part |
|---|---|---|---|---|
| 03/13/2020 | ☑ 9:00 A.M. ☐ 5:00 P.M. | 100 CENTRE STREET, NEW YORK, NY 10003 | MANHATTAN | DAT |

**Offense Charged**
PL 120.00 01

**Additional Instructions**
ALWAYS MUST APPEAR

I, the undersigned, do hereby acknowledge receipt of this DESK APPEARANCE TICKET, personally served upon me, and do agree to appear as indicated.

| Signature Of Defendant | Date | Time | Refused to Sign |
|---|---|---|---|
| [signature] | 2/23/2020 | 1450 | ☐ |

## THE PEOPLE OF THE STATE OF NEW YORK vs.

| Defendant's Name | Age | Date of Birth |
|---|---|---|
| PLATSKY, HENRY | 70 | 04/01/1949 |

**Residence Address**
174 AVENUE A, 1D, MANHATTAN, NY 10009

**Preferred Mailing Address**

| Cell Phone No. | Home Phone No. | Work Phone No. | Email Address |
|---|---|---|---|
| 347-835-9117 | NONE | NONE | NONE |

### ARREST AGENCY INFORMATION

| Command | D.A.T. Serial No. | Arrest No. | Agency Address if Not NYPD |
|---|---|---|---|
| 009 | 009-00079 | M20607527 | |

| Photographed By | Fingerprinted | Date | Time |
|---|---|---|---|
| 940788 WONG TAKKEUNG POM | ☑ Yes ☐ No | 02/23/2020 | 14:00:00 |

| Arresting Officer (print rank/name) | Tax Reg. No. | Shield | Cmd. | Agency |
|---|---|---|---|---|
| POM/WONG TAKKEUNG | 940788 | 1298 | 009 | N.Y. POLICE DEPT |

| Arresting Officer Signature | Date | Squad | | |
|---|---|---|---|---|
| [signature] | 2/23/2020 | B1 | | |

| Desk Officer (print rank/name) | Desk Officer Signature | Tax Reg. No. | Command |
|---|---|---|---|
| SGT/ZHU MINZHONG | [signature] Sgt. | 953605 | 009 |

**DISTRIBUTION**
ORIGINAL – Defendant's Copy   1ST COPY – Fax Terminal   2ND COPY – Arresting Officer (Or Complainant in Assigned Officer Cases)   3RD COPY – Precinct File

DESK APPEARANCE TICKET   PD 260-121 (Rev. 11-19)

DISTRICT ATTORNEY
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N.Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

March 12, 2020

To Whom It May Concern:

On 2/23/2020, the New York County District Attorney's Office declined to prosecute charge(s) against the individual listed below:

|  |  |
|---|---|
| Defendant Name: | Platsky, Henry |
| Address: | 174 Avenue A 1D Manhattan NY |
| Date of Birth: | 4/1/1949 |
| Original Charge(s): | PL 1200001, |
| Arrest Number: | M20607527 |
| Arrest Date: | 2/23/2020 |
| NYSID: | 14942988L |

Please address all further inquiries to Daniel Alcantara at (212) 335-9884.

VALID ONLY WITH
RAISED SEAL

Sincerely,

Brian Moran
Case Management Services
Decline to Prosecute Unit

Claim# 2020PI022243

From: Perez, Anastasia (aperez@comptroller.nyc.gov)
To: h.platsky@yahoo.com
Date: Monday, September 21, 2020, 10:43 AM EDT

Good Morning,

Please see attached request for additional information for a notice of claim that was filed with our office for an incident that occurred on 2/23/2020.

Thank You,

Ms. Pérez

Anastasia Perez

Claim Specialist II, Bureau of Law & Adjustment

Office of the New York City Comptroller Scott Stringer

One Centre Street 12th Floor Rm 1220  New York, NY 10007

Office Phone# 212-669-2251  Fax# 212-815-8569

Off Site Phone# 347-578-1639

aperez@comptroller.nyc.gov


henry platsky supp req.pdf
13.3kB