

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT

|  |  |  |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | **JESSE N. ZILINSKI**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2381<br>fax: (212) 356-3509<br>jzilinsk@law.nyc.gov |

October 11, 2023

**BY ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   Henry Platsky v. New York City Police Department et al.,
               22 Civ. 9681 (JPO) (VF)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney representing defendants Takkeung Wong, John Soto, and Jermaine Oden (collectively, "Defendants") in the above-referenced matter. Defendants respectfully write in response to Plaintiff's motion to compel production of his arrest report. (See ECF No. 39.) Plaintiff's motion to compel should be denied as moot.

      By way of brief background, on September 25, 2023, Plaintiff requested an extension of time to file his amended complaint because he had not yet received his arrest report. (See ECF No. 36.) The Court granted this extension request, directing Plaintiff to file his amended complaint by October 20, 2023. (See ECF No. 38.) Today, Plaintiff filed a motion to compel production of the arrest report. (See ECF No. 39.) Due to an oversight, defense counsel was under the belief that the arrest report had been disclosed as part of Defendants' initial disclosures. Plaintiff's arrest report has since been mailed out to Plaintiff today.

      Accordingly, Defendants respectfully request that Plaintiff's motion to compel be denied.

      Thank you for your consideration herein.

Respectfully submitted,

*Jesse N. Zilinski*

Jesse N. Zilinski
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **BY FIRST-CLASS MAIL**
Henry Platsky
174 Avenue A
Apt. 1D
New York, New York 10009

---

**Application Granted**

Valerie Figueredo, U.S.M.J.

DATED: October 12, 2023

Plaintiff's motion is denied as moot now that Defendants have provided the arrest report. If Plaintiff requires additional time to file the amended complaint, in light of the delay in receiving the arrest report, Plaintiff can request additional time and the Court will grant it. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 39.

2