**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
HENRY PLATSKY,

                      Plaintiff,

      -against-                                              22 **CIVIL** 9681 (JPO)

                                                             **JUDGMENT**

NEW YORK CITY POLICE DEPARTMENT, et al.,

                    Defendants.
------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 24, 2024, Defendants' motion to dismiss is GRANTED with respect to Plaintiff's claims against the New York City Police Department, the City of New York, Officer Wong Takkeung, Officer John Soto, and Lieutenant Jermaine Oden, as well as Plaintiff's Section 1983 claim against Karimah Etoria, and those claims are hereby dismissed with prejudice. The remaining New York state law claim against Etoria is dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        June 24, 2024

                                      **DANIEL ORTIZ**

                                    _____
                                    **Acting Clerk of Court**

           **BY:**                *K. Mango*

                                    _____
                                      **Deputy Clerk**